IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

WILLIAM RAY SOSSAMON     PLAINTIFF

v.     Case No. 4:21-cv-4062

DUSTIN WAKEFIELD, Mineral Springs
Police Officer; STATE TROOPER FORD,
Howard County; JANA TALENT, Howard County;
and BRIAN MCJUNKINS, Howard County     DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 21. Plaintiff, representing himself in this action, has responded with timely objections. ECF Nos. 22, 23. The Court finds the matter ripe for consideration.

On September 24, 2021, Plaintiff filed a complaint pursuant to 42 U.S.C. § 1983, alleging that Defendants Wakefield and Ford used excessive force against him in March 2018. He further alleges that Defendants Talent and McJunkins, as supervisors, "are responsible for their Deputy Dustin Wakefield." ECF No. 1, p. 8. Plaintiff is suing Defendants in their individual and official capacities. Defendants McJunkins, Talent, and Wakefield filed a joint motion to dismiss (ECF No. 10), and Defendant Ford also filed a motion to dismiss. ECF No. 15. Both motions were referred to Judge Bryant for the purpose of making a report and recommendation.

Defendants argue that Plaintiff's claims are time-barred because the complaint was filed after the three-year statute of limitations had run. The events at issue occurred in March 2018, and Plaintiff filed the complaint on September 24, 2021. Judge Bryant recommends that the Court grant Defendants' motions to dismiss because Plaintiff's claims are barred by the statute of

limitations. Plaintiff has filed objections, but he incorrectly argues that the statute of limitations for aggravated assault is ten years. The Court has conducted a *de novo* review of this case and finds that the objections lodged by Plaintiff offer neither law nor fact requiring departure from Judge Bryant's recommendation. Plaintiff's objections are overruled, and the Court adopts the instant report and recommendation (ECF No. 21) *in toto*. Plaintiff's complaint is **DISMISSED WITH PREJUDICE**. The Clerk is directed to place a 28 U.S.C. § 1915(g) flag on this case. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3) that an appeal from this action would not be taken in good faith.

**IT IS SO ORDERED**, this 23rd day of August, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge